FILED

DISTRICT COURT OF GUAM

NOV 07 2023

JEANNE G. QUINATA
CLERK OF COURT

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

)
)    Case No.    **23-00024**
)
)
)        *(to be filled in by the Clerk's Office)*

Michael A. Charqualaf

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Guam Daily Post - Core Tech
Mindy Aguon David Castro
Anthony Perez

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)    Jury Trial: *(check one)* ☑ Yes ☐ No
)
)
)
)
)
)
)
)

## COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael A. Charqualaf |
| Street Address | 622 Retana Pass |
| City and County | San Antonio, Bexar |
| State and Zip Code | Texas 78219 |
| Telephone Number | (808) 940-7088 |
| E-mail Address | michael.charqualaf76@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1

    Name                             Guam Daily Post – Core Tech

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name                             Mindy Aguon

    Job or Title *(if known)*       Guam Daily Post Reporter

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name                             Anthony Perez

    Job or Title *(if known)*       Attorney

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name                             David Castro

    Job or Title *(if known)*       Guam Daily Post Cameraman / Photographer

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.  If the defendant is a corporation

The defendant, *(name)* Core Tech (Guam Daily Post) , is incorporated under

the laws of the State of *(name)* Guam , and has its

principal place of business in the State of *(name)* Guam .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* Guam .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Mental Cruelty, Mental Stress, and emotional distress. Public embarassment, and humiliation, which violates My civil rights to privacy, and court order violations.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Prior to the interview i made specific demands that My identity will not be revealed in public, like full name, and photographs to include videos to Mindy Aguon, David Castro, and Anthony Perez And they all agreed to My specific demands. I instructed the photographer David Castro to turn off all cameras, and other recording devices and he assured Me that he already did so. But, he lied to Me based on the newspaper story, and pictures. And My full name published by Mindy Aguon and printed by the guam daily post.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Mental Cruelty, Mental Stress, and emotional distress. I suffered a heart attack on Dec. 2020 because the amount of stress and pressures that i had to live with every single day and suffered a near fatal heart attack, I have been bringing this concerns to the attention of Anthony Perez. But, to no avail. Then on Dec. 2022 My last conversation with Anthony Perez about this concern. He told Me over the phone that i should not worry about it because Mindy Aguon had resigned from the guam daily post.

Case 1:23-cv-00024   Document 1   Filed 11/07/23   Page 4 of 7

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    Aug. 22, 2023

Signature of Plaintiff

Printed Name of Plaintiff    Michael A. Charqualat

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

PRESS FIRMLY TO SEAL     PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**UNITED STATES** | **PRIORITY®** MAIL

- Expected deliv...
- Domestic ship...
- USPS Tracking...
- Limited intern...
- When used int...

*Insurance does not...
Domestic Mail Man...
** ee International...

**FLAT R...**
OE RATE ■

**TRACK...**

PS0000...

---

**UNITED STATES POSTAL SERVICE.**    Retail

**P**

US POSTAGE PAID

**$9.65**

Origin: 78220
11/01/23
4879620220-18

**PRIORITY MAIL®**

0 Lb 2.50 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 11/06/23

C001

Screened
United States Marshals Service
District of Guam
NOV 07 REC'D

SHIP
TO:

FL 4
520 W SOLEDAD AVE
HAGATNA GU 96910-4916

**USPS TRACKING® #**

9505 5132 7361 3305 8072 23

Package Pickup,
QR code.

M/PICKUP

---

**PRIORITY® ★ MAIL ★**

**UNITED STATES POSTAL SERVICE ®**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Michael Charqualaf
622 Retama Pass
San Antonio, Tx.
78219

TO: Charles B. White
Chief Deputy Clerk
District Court of Guam
520 W. Soledad Ave. FL 4
Hagatna, Guam 96910

Label 228, March 2016     FOR DOMESTIC AND INTERNATIONAL USE

Screened
United States Marshals Service
District of Guam
Date NOV 07 REC'D

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.

Michael A. Charqualaf

RECEIVED

NOV 07 2023

DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM